partment. April 6, 1906.) Action by Harry T. Gause against the Commonwealth Trust Company. No opinion. Application denied, with $10 costs. Order filed.

GENEVA MINERAL SPRINGS CO., Limited, v. STEELE et al. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by the Geneva Mineral Springs Company, Limited, against Charles A. Steele and others. No opinion. Order affirmed, without costs. See 97 N. Y. Supp. 996.

GEO. A. OHL & CO. Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Appeal from Municipal Court, Borough of Brooklyn, First District. Action by the George A. Ohl & Co. against the Brooklyn Heights Railroad Company. From a judgment dismissing the complaint, plaintiff appeals. Reversed, and new trial ordered. Raphael Link, for appellant. H. F. Ives, for respondent.

WOODWARD, J. The plaintiff was nonsuited in an action to recover damages to personal property due to defendant's negligence, on the ground that the evidence failed to show freedom from contributory negligence. I think the evidence showed that the plaintiff's driver exercised some degree of care under the circumstances of the case and that he was entitled to go to the jury. The judgment should be reversed, and a new trial ordered, costs to abide the event.

GILLIAM v. DYETT et al. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Anna T. Gilliam against James S. Dyett and others. No opinion. Motion granted. Order filed.

GLANCKOFF, Respondent, v. SCHULTZ, Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Oscar Glanckoff against Carl R. Schultz. T. Hansen, for appellant. E. J. Myers, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GLEASON, Respondent, v. MAYHEW, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by Henry N. Gleason against William Mayhew. No opinion. Judgment affirmed, with costs.

GRIFFIN, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by Henry P. Griffin against the New York City Railway Company. J. D. Lannon, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GRUEN, Appellant, v. TRUSTEES OF PEABODY EDUCATION FUND, Respondent. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Frank C. Gruen against the trustees of Peabody Edu-

cation Fund. G. W. Carr, for appellant. S. Evarts, for respondent. No opinion. Order and judgment affirmed, with costs. Order filed.

GUTHEIL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by John J. Gutheil against the city of New York. No opinion. Motion to dismiss appeal granted, with $10 costs.

GUTKES, Appellant, v. MORRIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by August H. Gutkes against Nelson Morris and others. No opinion. Interlocutory judgment affirmed, with costs, upon the opinion of Mr. Justice Gaynor at Special Term. 93 N. Y. Supp. 254.

GUTKES, Appellant, v. NEW YORK PRODUCE EXCH., Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by August H. Gutkes against the New York Produce Exchange, impleaded, etc. No opinion. Interlocutory judgment affirmed, with costs. See 93 N. Y. Supp. 254.

HAIGH v. WHITLOCK. (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by Joseph L. Haigh against Benjamin M. Whitlock. No opinion. Appeal dismissed, with $10 costs. Order filed.

HALLORAN, Respondent, v. STRAUS et al., Appellants. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by Mary A. Halloran against Isidor Straus and another. E. E. Wise, for appellants. A. Stickney, Jr., for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, J., dissents.

HANDIBODE, Respondent, v. BURKE et al., Appellants. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Peter Handibode, Jr., against Luke A. Burke and others. W. F. Kimber, for appellants. L. L. Kellogg, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HARRISON, Respondent, v. JACOBS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Action by Myron E. Harrison against Bertram D. Jacobs.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., not voting.

HAWES, Respondent, v. CORPORATION LIQUIDATING CO., Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Gilbert R. Hawes against the Corporation Liquidating Company. L. Frankel, for appellant. G. R. Hawes, for